B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pennland Contractors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **23-2547278** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8828 Gap Newport Pike**<br>**Avondale, Pennsylvania**<br>              ZIP CODE    **19311** | Street Address of Joint Debtor (No. and Street, City, and State):<br> <br>              ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**CHESTER** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>              ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>              ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>              ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Construction** | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Pennland Contractors, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition |
|---|
| *(This page must be completed and filed in every case.)* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **s/s/ John A. Gagliardi**<br>Signature of Attorney for Debtor(s)<br>**John A. Gagliardi, Esquire**<br>Printed Name of Attorney for Debtor(s)<br>**Wetzel Gagliardi & Fetter LLC**<br>Firm Name<br><br>**101 E. Evans Street, Walnut Building - Suite A<br>West Chester, Pennsylvania 19380-2600**<br>Address<br>**(484) 887-0779**<br>Telephone Number<br>**November 20, 2014**<br>Date<br>**Bar No.: 88230**<br>**Fax: (484) 887-8763**<br>**E-mail: jgagliardi@wgflaw.com**<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/Patrick W. Pannell, Sr.**<br>Signature of Authorized Individual<br>**Patrick W. Pannell, Sr.**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**November 20, 2014**<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6A (Official Form 6A) (12/07)

**In re** **Pennland Contractors, Inc.,**_____          **Case No.** _____
                                   **Debtor**                                                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Vacant Lot<br><br>43 Rabbit Run Rd., Oxford, PA 19363 | Fee Simple Ownership | | $75,000.00 | $0.00 |
| | | Total ▶ | $75,000.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Pennland Contractors, Inc.,** _____     Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Funds from sale of unencumbered assets being held in debtor's counsel's IOLTA account. | | $60,150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | National Penn Bank Operating Acct. (ending 7404) | | $0.00 |
| | | National Penn Bank Tax Acct. (ending 7677) | | $0.00 |
| | | National Penn Bank Trim Acct. (ending 7651) | | $0.00 |
| | | National Penn Bank Savings Acct. (ending 2843) | | $0.00 |
| | | Fulton Bank (ending 5817) | | $93.39 |
| | | Fulton Bank (ending 5921) | | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Pennland Contractors, Inc.,** _____          Case No. _____
                                     **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | BCE, LLC (Amount due of $268,769.40 subject to set off - See Schedule F) | | $0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Pennland Contractors, Inc.,**_____    Case No. _____
                            **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 GMC Box Truck (210,000 miles) | | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Kubota Zero Turn Mower | | $8,000.00 |
| | | Server | | $500.00 |
| | | Tools | | $500.00 |
| | | Scrap Materials | | $200.00 |
| | | Office Furniture | | $250.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Pennland Contractors, Inc.,**_____      Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Filing Cabinets | | $250.00 |
| | | Printer | | $175.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_3_ continuation sheets attached         Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

| | |
|---|---|
| | $70,718.39 |

B6C (Official Form 6C) (04/13)

In re **Pennland Contractors, Inc.,** _____          Case No. _____
                       **Debtor**                                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

---

\* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6D (Official Form 6D) (12/07)

In re **Pennland Contractors, Inc.** _____,      Case No. _____

Debtor                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chester County Tax Claim Bureau <br> PO Box 2748 <br> West Chester, PA 19380-0991** | | | **Tax Lien** <br><br> **Vacant Lot** <br><br> VALUE $ **$75,000.00** | | | | $136.05 | $0.00 |
| ACCOUNT NO. <br> **Direct Capital Corp. <br> Attention: Kara Cashman <br> 155 Commerce Way <br> Portsmouth, NH 03801** | | | **10/1/2013** <br> Purchase-Money Security Interest <br><br> Bendpak XPR-10, Ranger RJS-1TF, Air/Electric <br> See Attachment 1 <br> VALUE $ **Unknown** | X | X | X | $3,416.58 | Unknown |
| ACCOUNT NO.  0220 <br> **Kubota Credit Corp. USA <br> 4400 Amon Carter Blvd., Ste. 100 <br> Ft. Worth, TX 76155 <br> Full Account No.: 33130220** | | | **Purchase-Money Security Interest** <br><br> **Kubota Zero Turn Mower** <br> VALUE $ **$8,000.00** | | | | $6,452.11 | $0.00 |
| ACCOUNT NO. <br> **Oxford Area School District Tax Office <br> 125 Bell Tower Lane <br> Oxford, PA 19363** | | | **Tax Lien** <br><br> **Vacant Lot** <br><br> VALUE $ **$75,000.00** | | | | $988.02 | $0.00 |

_**0**_ continuation sheets
  attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

$ **10,992.76**     $ **0.00**

$ **10,992.76**     $ **0.00**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **Workstation for 2, Danmar 8 Gal Oil Drain, Ranger RTJ-1100**

B 6E (Official Form 6E) (04/13)

**In re** <u>  Pennland Contractors, Inc.  </u>,                    Case No.<u>                        </u>
                        Debtor                                                          *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>   **1**   </u> continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re **Pennland Contractors, Inc.** ,        Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br> IRS <br> P.O. Box 7346 <br> Philadelphia, PA <br> 19101-7346 | | | Federal Taxes | | | | $32,701.63 | $32,701.63 | $0.00 |
| Account No. _____ <br><br> Penna. Dept. of Revenue/Bankruptcy Department 280946 Harrisburg, PA 17128-0946 | | | State Taxes | | | | $4,836.65 | $4,836.65 | $0.00 |
| Account No. _____ <br><br> Pennsylvania Dept. of Revenue Department of Labor & Industry 444 North Third Street-Suite 200 Phila., PA 19123 | | | State Taxes | | | | $12,038.90 | $12,038.90 | $0.00 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ <br> (Totals of this page) | $ 49,577.18 | $ 49,577.18 | $0.00 |
| Total➤ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 49,577.18 | | |
| Totals➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 49,577.18 | $ 0.00 |

B 6F (Official Form 6F) (12/07)

In re **Pennland Contractors, Inc.**_____ ,    Case No. _____
                                   Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A&A Lumber <br> PO Box 6 <br> Hockessin, DE 19707 | | | Supplier | | | | $198.33 |
| ACCOUNT NO. <br><br> ABR Mechanical Svcs. <br> 34 Renee Lane <br> Newark, DE 19711 | | | Subcontractor | | | | $14,000.00 |
| ACCOUNT NO. <br><br> Accurate Insulation <br> 143 Hatchery Rd. <br> Dover, DE 19901 | | | Subcontractor | | | | $1,638.00 |
| ACCOUNT NO. <br><br> Allied Waste Svcs. #319 <br> 1 Briar Drive <br> West Grove, PA 19390 | | | Trash Removal Supplier | | | | $585.03 |

|  |  |
|---|---|
| Subtotal► | $ 16,421.36 |

__18__ continuation sheets attached

Total► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                    ,        Case No. _____
   **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Express<br>PO Box 981537<br>El Paso, TX 79998 | X | | Credit Card Charges | | | | $9,022.34 |
| ACCOUNT NO.<br><br>Angerstein, Inc.<br>315 New Rd<br>Wilm., DE 19805 | | | Subcontractor | | | | $569.16 |
| ACCOUNT NO.<br><br>AT&T<br>PO Box 1809<br>Paramus, NJ 07653-1809 | | | Telephone Service | | | | $1,661.80 |
| ACCOUNT NO.<br><br>Avondale Sunoco<br>95 Pennsylvania Avenue<br>Avondale, PA 19311 | | | Gasoline Credit Line | | | | $1,807.82 |

Sheet no. __1__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **13,061.12**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____ ,    Case No. _____
    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19850** | | | **Credit Card Charges** | | | | **$113,785.99** |
| **ACCOUNT NO.**<br>**BCE, LLC**<br>**c/o Henry M. Clinton, Esquire**<br>**ECKERT SEAMANS CHERIN &**<br>**MELLOTT, LLC**<br>**Two Liberty Place**<br>**50 South 16th Street  -  22nd Floor**<br>**Phila., PA 19102** | **X** | | **Incomplete Job where certain subcontractors were unpaid. Claim would represent amount paid by customer to subcontractor(s) appearing elsewhere on Schedule F.** | **X** | **X** | **X** | **Unknown** |
| **ACCOUNT NO.**<br><br>**Beacon Technologies, Inc.**<br>**PO Box 847**<br>**Kennett Sq., PA 19348** | | | **Subcontractor** | | | | **$171.58** |
| **ACCOUNT NO.**<br><br>**Bob Wagner's Flooring America**<br>**4531 W. Lincoln Hwy.**<br>**Downingtown, PA 19335** | | | **Subcontractor** | | | | **$9,374.00** |

Sheet no. __2__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **123,331.57**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                    ,            Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Bob Wagner's Flooring America:** <br><br> **Michael Cohen, Esquire** <br> **Lachall Cohen & Sagnor** <br> **144 West Market St.** <br> **West Chester, PA 19382** | | | | | | | |
| ACCOUNT NO. <br><br> **Canton Kitchens** <br> **3211 Eastern Ave.** <br> **Baltimore, MD 21224** | | | **Subcontractor** | | | | $2,818.21 |
| ACCOUNT NO. <br><br> **Carfaro** <br> **2075 E. State St.** <br> **Hamilton Twp., NJ 08619** | | | **Vendor/Supplier** | | | | $890.00 |
| ACCOUNT NO. <br><br> **Carlos Quijano** <br> **7 Andrea Road** <br> **Newark, DE 19702** | | | **Subcontractor** | X | X | X | $10,500.00 |

Sheet no. __3__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **14,208.21**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                    ,          Case No. _____
                              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Chelsea Heating and Air** **946 Lake Rd. - Ste. 100** **Avondale, PA 19311** | | | **Subcontractor** | | | | **$3,977.36** |
| **ACCOUNT NO.** **Chesco Security Inc.** **PO Box 642** **Kennett Sq., PA 19348** | | | **Subcontractor** | | | | **$185.55** |
| **ACCOUNT NO.** **Delaware Brick** **1114 Centerville Rd.** **Wilm., De 19804** | | | **Vendor/Supplier** | | | | **$138.94** |
| **ACCOUNT NO.** **Denney Electric** **510 West State St.** **Kennett Sq., PA 19348** | | | **Subcontractor** | | | | **$301.96** |

Sheet no. __4__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **4,603.81**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                    ,          Case No. _____
_____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Erco Ceiling Blinds and Floors, Inc.**<br>**32 N. Delsea Dr.**<br>**Glassboro, NJ 08028** | | | **Subcontractor** | | | | **$24,368.50** |
| **Additional Contacts for Erco Ceiling Blinds and Floors, Inc.:**<br><br>**Donald L. Logan, Esquire**<br>**Logan & Petrone, LLC**<br>**One Corporate Commons Blvd., Ste. 435**<br>**New Castle, DE 19720** | | | | | | | |
| **ACCOUNT NO.        3382**<br><br>**First Insurance Funding Corp.**<br>**450 Skokie Blvd., Ste. 100**<br>**Northbrook, IL 60062**<br>**Full Account No.: 1933382** | | | **Finance Co. for Insurance Provider** | | | | **$173.93** |
| **ACCOUNT NO.**<br><br>**Friel Plastering & Stucco**<br>**30 Ralston Ave.**<br>**Havertown, PA 19083** | | | **Subcontractor** | X | X | X | **$8,000.00** |

Sheet no.___**5**___of___**18**___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ | **32,542.43**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____ ,          Case No. _____
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **GE Capital** 300 E. John Carpenter Freeway, Ste. 204 Irving, TX 75062 | | | **Copier Lease Deficiency** | | | | **Unknown** |
| **ACCOUNT NO.** **GE Capital Commercial, Inc.** 300 E. John Carpenter Freeway, Ste. 204 Irving, TX 75062 | | | **Compact Track Loader S/N A3P016574 returned to Creditor for balance due.** | | | | **$0.00** |
| **ACCOUNT NO.** **General Rental Center** PO Box 810 Avondale, PA 19311-0810 | | | **Vendor/Supplier** | | | | **$24.51** |
| **ACCOUNT NO.** **Green Acres Lawn and Landscape Corp.** PO Box 5468 Wilm., DE 19808 | | | **Subcontractor** | | | | **$1,428.00** |

Sheet no. __**6**__ of __**18**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **1,452.51**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____,     Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Gunton Corporation d/b/a Pella Window & Door Co. c/o Robert P. Snyder & Associates Attn.: Michael A. Clemente, Esq. 121 Ivy Lane King of Prussia, PA 19406** | | | **Vendor** | | | | **$6,250.00** |
| **ACCOUNT NO.** **Haly Oil Co. 57 Lancaster Ave. Malvern, PA 19355** | | | **Fuel** | | | | **$799.09** |
| **ACCOUNT NO.** **Hillcrest Associates, Inc. PO Box 1180 Hockessin, DE 19707** | | | **Subcontractor** | | | | **$10,000.00** |
| **ACCOUNT NO.** **Hilyard's Inc. 1616 Newport Gap Pike Wilm., DE 19808** | | | **Subcontractor** | | | | **$256.32** |

Sheet no. __**7**__ of __**18**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $　**17,305.41**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Pennland Contractors, Inc._____,          Case No. _____
           **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Home Depot/Citibank**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | | **Credit Card Charges** | | | | **$7,174.85** |
| **ACCOUNT NO.**<br><br>**Independence Construction Materials**<br>**PO Box 824571**<br>**Phila., PA 19182-4571** | | | **Vendor/Supplier** | | | | **$773.31** |
| **ACCOUNT NO.**<br><br>**Insurance Associates, Inc.**<br>**720 New London Rd.**<br>**Newark, DE 19711** | | | **Insurance Provider** | | | | **$4,000.00** |
| **ACCOUNT NO.**<br><br>**Integrated Wiring Solutions**<br>**PO Box 125**<br>**Middletown, DE 19709** | | | **Subcontractor** | | | | **$11,476.50** |

Sheet no.__**8**__ of __**18**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►    $      **23,424.66**

Total►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                    ,            Case No. _____
　　　　　　　　**Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Jenkins & McMahon** <br> **PO Box 365** <br> **Toughkenamon, PA 19374** | | | Vendor/Supplier | | | | $449.91 |
| **ACCOUNT NO.** <br><br> **John Deere Financial** <br> **PO Box 4450** <br> **Carol Stream, IL 60197-4450** | | | Vendor/Supplier | | | | $1,770.74 |
| **ACCOUNT NO.** <br><br> **Jonathan Altman, Esquire** <br> **882 S. Matlack St., Suite 107** <br> **West Chester, PA 19382** | | | Legal Representation | X | X | X | $3,311.93 |
| **ACCOUNT NO.** <br><br> **KDI** <br> **PO Box 1610** <br> **Media, PA 19603** | | | IT Services | | | | $120.00 |

Sheet no. __9__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **5,652.58**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                    ,        Case No. _____
             **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Keystone Health Plan East<br>Lockbox 3092<br>PO Box 8500<br>Phila., PA 19178-3092** | | | **Insurance Provider** | | | | **$16,248.10** |
| **ACCOUNT NO.**<br><br>**KL Madron Well Drilling<br>PO Box 578<br>Avondale, PA 19311** | | | **Subcontractor** | | | | **$46,780.50** |
| Additional Contacts for KL Madron Well Drilling:<br><br>**Brian Arban, Esquire<br>Hiller & Arban LLC<br>1500 N. French St. - 2d Floor<br>Wilm., DE 19801** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Lowes Business Card Account<br>PO Box 530970<br>Atlanta, GA 30353-0970** | | | **Credit Card Charges** | | | | **$5,055.34** |

Sheet no. **10** of **18** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **68,083.94**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____ ,                Case No. _____
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **M&M Automotive** <br> **PO Box 901** <br> **Kennett Sq., PA 19348-0901** | | | Vendor | | | | **$1,049.14** |
| **ACCOUNT NO.** | | | | | | | |
| **Mark Property Management II LP/James Mark** <br> **c/o Joseph G. Riper, Esquire** <br> **P.O. Box 1265** <br> **Exton, PA 19341** | X | | Completed Job where certain subcontractors were unpaid. Claim would represent amount paid by customer to subcontractor(s) appearing elsewhere on Schedule F. | X | X | X | **Unknown** |
| **ACCOUNT NO.** | | | | | | | |
| **McGrory, Inc.** <br> **Attn: Marie Koehler** <br> **576 Rosedale Rd.** <br> **Kennett Square, PA 19348** | | | Subcontractor | | | | **$4,530.00** |
| **ACCOUNT NO.        1975** | | | | | | | |
| **MidCoast Community Bank** <br> **c/o Joy A. Barrist, Esquire** <br> **Benesch, Friedlander, Coplan & Aronoff LLP** <br> **222 Delaware Avenue - Suite 801** <br> **Wilm., DE 19801** <br> **Full Account No.: 2000001975** | | | Unsecured portion of loan. | | | | **$4,837.39** |

Sheet no. __11__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    **10,416.53**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____ ,    Case No. _____

  **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **National Construction Rentals** <br> **PO Box 4503** <br> **Pacoima, CA 91333-4503** | | | **Vendor/Supplier** | | | | **$41.21** |
| **ACCOUNT NO.** <br><br> **Paradise Custom Kitchens** <br> **PO Box 278** <br> **Paradise, PA 17562** | | | **Subcontractor/Vendor Work not Completed.** | **X** | **X** | **X** | **$34,780.25** |
| **ACCOUNT NO.** <br><br> **Penco Corp.** <br> **121 Sandy Dr.** <br> **Newark, DE 19713** | | | **Vendor/Supplier** | | | | **$77.77** |
| **ACCOUNT NO.** <br><br> **Peter Lumber Co.** <br> **805 W. Cypress St.** <br> **Kennett Sq., PA 19348** | | | **Vendor/Supplier** | | | | **$11,184.79** |

Sheet no. **12** of **18** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **46,084.02**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____ ,   Case No. _____
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Petro's Custom Concrete**<br>**170 Pine Grove Rd.**<br>**Nottingham, PA 19362** | | | **Subcontractor** | | | | **$60,105.50** |
| **ACCOUNT NO.**<br><br>**Ron Mazzella**<br>**224 Martins Lane**<br>**Media, PA 19063** | | | **Subcontractor** | | | | **$8,250.00** |
| **ACCOUNT NO.**<br><br>**Rubinstein's**<br>**739 W. Cypress St.**<br>**Kennett Sq., PA 19348** | | | **Office Supplies Provider** | | | | **$110.63** |
| **ACCOUNT NO.**<br><br>**Seaquay Architectural Millwork, Inc.**<br>**c/o Adam M. Share, Esq.**<br>**500 N. Gulph Road, Ste. 505**<br>**King of Prussia, PA 19406** | | | **Vendor Dispute.  Suit Pending in the Chester County Court of Common Pleas.  See Statement of Financial Affairs.** | X | X | X | **$0.00** |

Sheet no. **13** of **18** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **68,466.13**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                    ,          Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Service Wholesale Inc.**<br>**4810 Horseshoe Pike**<br>**Downingtown, PA 19335** | | | **Vendor/Supplier** | | | | **$73.78** |
| **ACCOUNT NO.**<br><br>**Sherwin Williams**<br>**747 W. Cypress St.**<br>**Kennett Sq., PA 19348** | | | **Vendor/Supplier** | | | | **$3,685.73** |
| **ACCOUNT NO.**<br><br>**Shone Lumber**<br>**948 Middletown-Warwick Rd.**<br>**Middletown, DE 19709** | | | **Vendor/Supplier** | | | | **$15,036.15** |
| **Additional Contacts for Shone Lumber:**<br><br>**Tanner & McKinley, Inc.**<br>**PO Box 940**<br>**Bear, DE 19701-0940** | | | | | | | |

Sheet no. __14__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **18,795.66**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____ ,   Case No. _____

_____**Debtor**_____   _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Staples Credit Plan**<br>**PO Box 790449**<br>**St. Louis, MO 63179-0449** | | | **Office Supplies Provider.** | | | | **$2,637.70** |
| **ACCOUNT NO.    8973**<br><br>**Sunoco/WEX**<br>**Greenberg Grant & Richards Inc.**<br>**5858 Westheimer Rd. - Ste. 500**<br>**Houston, TX 77057** | | | **Gasoline Credit Account** | | | | **$2,742.41** |
| **ACCOUNT NO.**<br><br>**Super Media**<br>**PO Box 619810**<br>**DFW Airport, TX 75261-9810** | | | **Advertising** | | | | **$88.50** |
| **Additional Contacts for Super Media:**<br><br><br>**DEX Media**<br>**PO Box 619009**<br>**DFW Airport, TX 75261-9009** | | | | | | | |

Sheet no. __15__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **5,468.61**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.**                          ,          Case No. _____

_____Debtor_____                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Taylor Oil** <br> **219 Birch Street** <br> **Kennett Square, PA 19348** | | | Vendor/Supplier | | | | **$1,703.45** |
| **ACCOUNT NO.** <br><br> **The Protection Bureau** <br> **197 Philips Rd.** <br> **Exton, PA 19341** | | | Subcontractor | | | | **$17,729.60** |
| **ACCOUNT NO.** <br><br> **Tile Market of Delaware** <br> **405 East Marsh Lane, Ste. 3** <br> **Wilm., DE 19804** | | | Vendor/Supplier | | | | **$46,529.04** |
| **ACCOUNT NO.** <br><br> **Trago Mechanical, Inc.** <br> **5 West Wynwood Dr.** <br> **Willow Street, PA 17584** | | | Subcontractor | | | | **$39,831.38** |

Sheet no.__**16**__ of __**18**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    **105,793.47**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** _____ ,        Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**United Concordia**<br>**4401 Deer Path Rd.**<br>**Harrisburg, PA 17110** | | | **Insurance Provider** | | | | $587.60 |
| **ACCOUNT NO.**<br><br>**United Rentals**<br>**Branch 389**<br>**4333 Bainbridge Blvd.**<br>**Chesapeake, VA 23324-1407** | | | **Vendor/Supplier** | | | | $274.14 |
| **ACCOUNT NO.**<br><br>**US Bank**<br>**PO Box 790408**<br>**St. Louis, MO 63179-0408** | X | | **Credit Card Charges** | | | | $18,763.68 |
| **ACCOUNT NO.**<br><br>**Verizon Penna.**<br>**500 Technology Dr.**<br>**Weldon Spring, MO 63304** | | | **Utility** | | | | $718.92 |

Sheet no. __17__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,344.34**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Pennland Contractors, Inc.** ,                    Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**VP Electrical Contracting, Inc.**<br>**950 Penn Green Rd.**<br>**Avondale, PA 19311** | | | **Subcontractor** | | | | **$18,956.39** |
| **ACCOUNT NO.**<br><br>**Walter & Jackson**<br>**c/o Brian A. Sullivan, Esquire**<br>**Werb & Sullivan**<br>**P.O. Box 25046**<br>**Wilm., DE 19899** | | | **Vendor - Materials**<br>**A portion of this claim may have been paid by the customer.** | X | X | X | **$160,057.05** |
| **ACCOUNT NO.**<br><br>**Wells Fargo Business Direct**<br>**PO Box 348750**<br>**Carol Stream, IL 60197-6426** | | | **Unsecured Loan** | | | | **$25,757.02** |
| **ACCOUNT NO.**<br><br>**Wm. P. McGovern, Inc.**<br>**1144 W. Baltimore Pike**<br>**Kennett Sq., PA 19348** | | | **Subcontractor** | | | | **$1,187.00** |

Sheet no. __18__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **205,957.46**

Total▶  $    **801,413.82**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

**In re** <u>Pennland Contractors, Inc.,</u>                        **Case No.** _____
                        **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GE Capital Commercial Inc.<br>PO Box 35701<br>Billings, MT 59107-5701 | Description: Copier Lease<br><br>Nature of Debtor's Interest: Lessee |

B 6H (Official Form 6H) (12/07)

In re **Pennland Contractors, Inc.,** _____          Case No. _____
                                    **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Connie Pannell<br>470 Media Rad<br>Oxford, PA 19363 | American Express<br>PO Box 981537<br>El Paso, TX 79998 |
| Patrick Pannell, Sr.<br>470 Media Road<br>Oxford, PA 19363 | US Bank<br>PO Box 790408<br>St. Louis, MO 63179-0408 |
| Pennland Builders LLC<br>470 Media Road<br>Oxford, PA 19363 | BCE, LLC<br>c/o Henry M. Clinton, Esquire<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>Two Liberty Place<br>50 South 16th Street  -  22nd Floor<br>Phila., PA 19102 |
| Pennland Builders LLC<br>470 Media Road<br>Oxford, PA 19363 | Mark Property Management II LP/James Mark<br>c/o Joseph G. Riper, Esquire<br>P.O. Box 1265<br>Exton, PA 19341 |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF PENNSYLVANIA

In re

**Pennland Contractors, Inc.**                ,
*Debtor*

Case No. _____

Chapter **7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $  75,000.00 | | |
| B - Personal Property | | | $  70,718.39 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $  10,992.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $  49,577.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $  801,413.82 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $  145,718.39 | $  861,983.76 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                Case No. _____

__Pennland Contractors, Inc._____,
*Debtor*                                                          Chapter __7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __**Pennland Contractors, Inc.**_____ ,    Case No. _____
                    Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                                                    Debtor

Date _____        Signature: _____
                                                                                                       (Joint Debtor, if any)

                                                                          [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                                  Social Security No.
of Bankruptcy Petition Preparer                                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the ___**Patrick W. Pannell, Sr.**____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ____**Pennland Contractors, Inc.**____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**33**_ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 20, 2014**_____
                                                         Signature: **s/Patrick W. Pannell, Sr.**_____

                                                                          **Patrick W. Pannell, Sr.**_____
                                                                          [Print or type name of individual signing on behalf of debtor.]
                                                                          **President**
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
----------------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In re: Pennland Contractors, Inc.                              Case No _____
_____
Debtor                                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|              AMOUNT              |              SOURCE              |
| --- | --- |
| Debtor: | |
| Current Year (2014): $2,208,754.92 | Operation of Business |
| Previous Year 1 (2013): $3,719,574.00 | Operation of Business |
| Previous Year 2 (2012): $2,613,389.00 | Operation of Business |
| Joint Debtor: N/A | |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|              AMOUNT              |              SOURCE              |
| --- | --- |

**3. Payments to creditors**

***Complete a. or b., as appropriate, and c.***

None

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of

☒ goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒
*b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None
☒
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: | | | |
| KL Madron Well Drilling v. Debtor, et. al. Case Number: N14L-09-063-PRW | Breach of Contract | Superior Court of Delaware New Castle County | Pending |
| Seaquay Architectural Millwork, Inc. v. Debtor | Breach of Contract | Court of Common Pleas | Pending |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| | | | |
|---|---|---|---|
| Case Number: 1302211 | | Chester County, PA | |
| Williams v. Debtor et. al.<br>Case Number: 2014-00653 | Motor Vehicle Accident | Court of Common Pleas<br>Chester County, PA | Settled, Discontinued and Ended |
| National Penn Bank v. Debtor, et. al.<br>Case Number: 2014-10157 | Confession of Judgment | Court of Common Pleas<br>Chester County, PA | Satisfied |
| Commonwealth of Penna. v. Debtor<br>Case Number: 2014-03641 | Lien | Court of Common Pleas<br>Chester County, PA | Satisfied |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|
| Debtor:<br>See response to No. 10 below.<br>.<br>.<br>., . . | . | .<br>Value: $0.00 |

---

### 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None
☒
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
☒
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
☒
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: | | |
| Wetzel Gagliardi & Fetter LLC | 10/17/2014 | $6,183.81 |
| 101 E. Evans St., Ste. A | 11/14/2014 | $3,585.00 |
| West Chester, PA 19380 | 11/24/2014 | $7,500.00 |
| | | Legal Fees and Costs |
| | 10/17/2014 & 11/14/2014 Payments by Patrick & Connie Pannell | |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Debtor:<br>John Pannell<br>Calvert Rd.<br>Rising Sun, MD .<br>Relationship to Debtor: Brother of Principal | August 2014 | 2003 Ford Pick Up (150,000 miles)<br>Value: $1,200.00 |
| Angelo Serio<br>8828 Gap Newport Pike<br>Avondale, PA 19311<br>Relationship to Debtor: Son-in-law of Principal | August 2014 | 1998 Dodge Van (200,000 miles)<br>Value: $500.00 |
| Mendenhall's Excavating LLC<br>182 Tweed Road<br>Oxford, PA 19363<br>Relationship to Debtor: Unrelated | 10/9/2014 | 2000 GMC Dump Truck (22,000 miles)<br>Value: $12,000.00 |
| Gabriel Gonzalez<br>.<br>., . .<br>Relationship to Debtor: Unrelated | 10/27/2014 | 2002 Isuzu Dump Truck (160,000 miles)<br>Value: $4,800.00 |
| Kulray Singh<br>81 Margil Farm Dr.<br>Downingtown, PA 19335<br>Relationship to Debtor: Unrelated | 11/7/2014 | 2011 Ford F-250 (58,000 miles) - Sale Proceeds to Mid-Coast Community Bank which was holding Title<br>Value: $24,000.00 |
| Fulton Leasing Company<br>PO Box 4887<br>Lancaster, PA 17604<br>Relationship to Debtor: Unrelated | 11/7/2014 | 2008 Caterpillar 416E Backhoe - $29,024.72 secured by National Penn Bank; $25,975.28 secured by MidCoast Community Bank<br>Value: $55,000.00 |
| GE Capital Commercial, Inc.<br>PO Box 35701<br>Billings, MT 59107<br>Relationship to Debtor: Lender | 10/20/2014 | Bobcat 650 - Surrendered to Lender GE Capital Commercial, Inc.<br>Value: $0.00 |
| Alexander Ivanchey<br>.<br>., . .<br>Relationship to Debtor: Unrelated | 10/23/2014 | Bobcat 334G - Proceeds Paid to Secured Lender MidCoast Community Bank<br>Value: $25,000.00 |
| Palma Contractors LLC<br>8500 Hickory Hill Rd.<br>Oxford, PA 19363<br>Relationship to Debtor: Unrelated | 11/12/2014 | 2006 Chev. 3500 Box Van<br>Value: $8,000.00 |
| Rick Gonzales | 11/10/2014 | 1999 Contrail Trailer |

| | | Value: $400.00 |
| `.` | | |
| `., . .` | | |
| Relationship to Debtor: Unrelated | | |
| Willowbrook Associates<br>PO Box 386<br>Elizabethtown, PA 17022<br>Relationship to Debtor: Unrelated | 11/17/2014 | 2006 Chev. Dump Truck V-Plow<br>Value: $23,000.00 |
| CNH Capital<br>PO Box 688912<br>Des Moines, IA 50368-8912<br>Relationship to Debtor: Lender | September 2014 | New Holland Hay Bailer 450 -<br>Surrendered to Lender<br>Value: $0.00 |
| Miquel A. Moreno<br>`.`<br>`., . .`<br>Relationship to Debtor: Unrelated | 11/22/2014 | 2001 Chev. Express 3500 GV<br>VIN1GBHG31R411211991<br>Value: $950.00 |
| John Pannell<br>Calvert Rd.<br>Rising Sun, MD `.`<br>Relationship to Debtor: Brother of Patrick Pannell | 9/2/2014 | 2004 Ford Econoline Van VIN<br>1FTNE24LI4HA80052<br>Value: $3,500.00 |
| Jordan D. Witmer<br>`.`<br>`., . .`<br>Relationship to Debtor: Unrelated | 11/21/2014 | Ingersoll Rand Construction Lift<br>Model VR642B, Serial 155921<br>Value: $15,000.00 |
| Mid-Coast Community Bank<br>c/o Joy A. Barrist, Esq., 222 Delaware Ave., Ste. 801<br>Wilm., De 19801<br>Relationship to Debtor: Lender | 11/22/2014 | 2006 Chev. Box Truck<br>(Diesal)(97,000 miles); Lender lost<br>title and is requesting new title to<br>sell asset in which it is secured.  All<br>proceeds to Mid-Coast Community<br>Bank.<br>Value: $13,000.00 |

None
☒    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY OR DEBTOR'S<br>INTEREST IN PROPERTY |
| --- | --- | --- |

---

### 11. Closed financial accounts

None
☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
| --- | --- | --- |

BALANCE

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| Debtor:<br>National Penn Bank<br>c/o Charles N. Schurr, Esq.<br>PO Box 5828<br>Wyomissing, PA 19610 | 9/24/2014 | $6,325.52 |

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Debtor: | | | | |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                   ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                   DATES SERVICES RENDERED

Debtor:
Umbreit Korengal & Associates PC                   2012-2014
714 E. Baltimore Pike
Kennett Square, PA 19348

None

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy

☐   case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Debtor:<br>BCE, LLC c/o Henry M. Clinton, Esq. | 50 S. 16th St. - 22nd Floor Phila., PA 19102 | 2014 |
| Mark Property Mgt. II, LP c/o Joseph G. Riper, Esq. | PO Box 1265 Exton, PA 19341 | 2014 |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Debtor:<br>Umbreit Korengal & Associates PC | 714 E. Baltimore Pike Kennett Square, PA 19348 |

None
☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Debtor:<br>N/A | |

---

**20. Inventories**

None
☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Debtor:<br>N/A | | |

None
☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Debtor:<br>N/A | |

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Patrick W. Pannell, Sr.<br>470 Media Road<br>Oxford, PA 19363 | Shareholder/President | .<br>50 |
| Connie A. Pannell<br>470 Media Road<br>Oxford, PA 19363 | Officer | .<br>50 |

---

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| N/A | | |

None ☒ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| Patrick and Connie Pannell<br>63 St. Clements Way<br>Warwick, MD 21912<br>Relationship to Debtor: Shareholders | Within Past 12 months<br>Dividend and Wages | Amount of Money: $75,561.57 |
| Kristin Gent<br>.<br>., . . .<br>Relationship to Debtor: Daughter of | Within Past 12 months<br>Wages | Amount of Money: $24,990.00 |

Patrick & Connie Pannell

| | | |
|---|---|---|
| Patrick Pannell, Jr.<br>.<br>., . .<br>Relationship to Debtor: Son of Patrick<br>and Connie Pannell | Within Past 12 months<br>Wages | Amount of Money: $38,498.62 |
| John Pannell<br>935 Calvert Rd.<br>Rising Sun, MD 21911<br>Relationship to Debtor: Brother of<br>Patrick Pannell | Within Past 12 months<br>Wages | Amount of Money: $37,720.00 |
| Amanda Pannell<br>935 Calvert Road<br>Rising Sun, MD 21911<br>Relationship to Debtor: Niece of<br>Patrick and Connie Pannell | Within Past 12 months<br>Wages | Amount of Money: $12,062.25 |
| Angelo Serio<br>8828 Gap Newport Pike - Ste. A<br>Avondale, PA 19311<br>Relationship to Debtor: Son-in-law of<br>Patrick and Connie Pannell | Within Past 12 months<br>Wages | Amount of Money: $27,036.98 |
| Michael Pannell<br>PO Box 1706<br>Elkton, MD 21922<br>Relationship to Debtor: Brother of<br>Patrick Pannell | Within Past 12 months<br>Wages | Amount of Money: $33,742.75 |

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  November 20, 2014                          Signature     s/Patrick W. Pannell, Sr.

                                                 Print Name
                                                 and Title     Patrick W. Pannell, Sr., President

                        0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 203
(12/94)

# United States Bankruptcy Court

### EASTERN DISTRICT OF PENNSYLVANIA

In re

**Pennland Contractors, Inc.**

Case No. _____

**Debtor**

Chapter **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **7,500.00**_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ **7,500.00**_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~ ----------------

    e.  [Other provisions as needed]

**Debtor's Fee Agreement with the undersigned counsel is fully incorporated herein.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**The above-referenced fee does not include representation in any adversary action, conversion to another chapter under the Code, representation in a rule 2004 examination.  If any of these events occur, the undersigned's services will be billed on an hourly basis under the terms of the fee agreement entered into by the debtor and the undersigned.**

CERTIFICATION


    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.


**November 20, 2014**               **s/s/ John A. Gagliardi**
*Date*                               **John A. Gagliardi, Esquire**
                                   *Signature of Attorney*


                           **Wetzel Gagliardi & Fetter LLC**
                                      *Name of law firm*

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re:
                                                Case No. BKY
Pennland Contractors, Inc.,

Debtor(s)                                       Chapter 7 Case


STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


I, Patrick W. Pannell, Sr., declare under penalty of perjury that I am the President of Pennland Contractors, Inc., a Pennsylvania corporation and that on November 20, 2014 the following resolution was duly adopted by the shareholders of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Patrick W. Pannell, Sr., President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Patrick W. Pannell, Sr., President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Patrick W. Pannell, Sr., President of this corporation, is authorized and directed to employ John A. Gagliardi, Esquire, attorney and the law firm of Wetzel Gagliardi & Fetter LLC to represent the corporation in such bankruptcy case."

| Executed on: November 20, 2014 | Signed: s/Patrick W. Pannell, Sr. |
| --- | --- |
| | Patrick W. Pannell, Sr.   *(Name and Address of Subscriber)* |

# United States Bankruptcy Court

### Eastern District of Pennsylvania

In re **Pennland Contractors, Inc.**

Case No.

Debtor.

Chapter  **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **Pennland Contractors, Inc.**  (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__**X**__  There are no entities to report.

By: **s/s/ John A. Gagliardi**

**John A. Gagliardi, Esquire**
Signature of Attorney

Counsel for
Bar no.: **88230**
Address.: **101 E. Evans Street, Walnut Building - Suite A
West Chester, Pennsylvania 19380-2600**

Telephone No.: **(484) 887-0779**
Fax No.: **(484) 887-8763**
E-mail address: **jgagliardi@wgflaw.com**

A&A Lumber
PO Box 6
Hockessin, DE 19707


ABR Mechanical Svcs.
34 Renee Lane
Newark, DE 19711


Accurate Insulation
143 Hatchery Rd.
Dover, DE 19901


Allied Waste Svcs. #319
1 Briar Drive
West Grove, PA 19390


American Express
PO Box 981537
El Paso, TX 79998


Angerstein, Inc.
315 New Rd
Wilm., DE 19805


AT&T
PO Box 1809
Paramus, NJ 07653-1809


Avondale Sunoco
95 Pennsylvania Avenue
Avondale, PA 19311


Bank of America
P.O. Box 17054
Wilmington, DE 19850

BCE, LLC
c/o Henry M. Clinton, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th Street  -  22nd Floor
Phila., PA 19102

Beacon Technologies, Inc.
PO Box 847
Kennett Sq., PA 19348


Bob Wagner's Flooring America
4531 W. Lincoln Hwy.
Downingtown, PA 19335


Brian Arban, Esquire
Hiller & Arban LLC
1500 N. French St. - 2d Floor
Wilm., DE 19801


Canton Kitchens
3211 Eastern Ave.
Baltimore, MD 21224


Carfaro
2075 E. State St.
Hamilton Twp., NJ 08619


Carlos Quijano
7 Andrea Road
Newark, DE 19702


Chelsea Heating and Air
946 Lake Rd. - Ste. 100
Avondale, PA 19311


Chesco Security Inc.
PO Box 642
Kennett Sq., PA 19348

Chester County Tax Claim Bureau
PO Box 2748
West Chester, PA 19380-0991


Connie Pannell
470 Media Rad
Oxford, PA 19363


Delaware Brick
1114 Centerville Rd.
Wilm., De 19804


Denney Electric
510 West State St.
Kennett Sq., PA 19348


DEX Media
PO Box 619009
DFW Airport, TX 75261-9009


Direct Capital Corp.
Attention: Kara Cashman
155 Commerce Way
Portsmouth, NH 03801


Donald L. Logan, Esquire
Logan & Petrone, LLC
One Corporate Commons Blvd., Ste. 435
New Castle, DE 19720


Erco Ceiling Blinds and Floors, Inc.
32 N. Delsea Dr.
Glassboro, NJ 08028


First Insurance Funding Corp.
450 Skokie Blvd., Ste. 100
Northbrook, IL 60062

Friel Plastering & Stucco
30 Ralston Ave.
Havertown, PA 19083


GE Capital
300 E. John Carpenter Freeway, Ste. 204
Irving, TX 75062


GE Capital Commercial Inc.
PO Box 35701
Billings, MT 59107-5701


GE Capital Commercial, Inc.
300 E. John Carpenter Freeway, Ste. 204
Irving, TX 75062


General Rental Center
PO Box 810
Avondale, PA 19311-0810


Green Acres Lawn and Landscape Corp.
PO Box 5468
Wilm., DE 19808


Gunton Corporation d/b/a Pella Window &
c/o Robert P. Snyder & Associates
Attn.: Michael A. Clemente, Esq.
121 Ivy Lane
King of Prussia, PA 19406


Haly Oil Co.
57 Lancaster Ave.
Malvern, PA 19355


Hillcrest Associates, Inc.
PO Box 1180
Hockessin, DE 19707

Hilyard's Inc.
1616 Newport Gap Pike
Wilm., DE 19808


Home Depot/Citibank
PO Box 6497
Sioux Falls, SD 57117


Independence Construction Materials
PO Box 824571
Phila., PA 19182-4571


Insurance Associates, Inc.
720 New London Rd.
Newark, DE 19711


Integrated Wiring Solutions
PO Box 125
Middletown, DE 19709


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Jenkins & McMahon
PO Box 365
Toughkenamon, PA 19374


John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450


Jonathan Altman, Esquire
882 S. Matlack St., Suite 107
West Chester, PA 19382

```
KDI
PO Box 1610
Media, PA 19603


Keystone Health Plan East
Lockbox 3092
PO Box 8500
Phila., PA 19178-3092


KL Madron Well Drilling
PO Box 578
Avondale, PA 19311


Kubota Credit Corp. USA
4400 Amon Carter Blvd., Ste. 100
Ft. Worth, TX 76155


Lowes Business Card Account
PO Box 530970
Atlanta, GA 30353-0970


M&M Automotive
PO Box 901
Kennett Sq., PA 19348-0901


Mark Property Management II LP/James Mar
c/o Joseph G. Riper, Esquire
P.O. Box 1265
Exton, PA 19341


McGrory, Inc.
Attn: Marie Koehler
576 Rosedale Rd.
Kennett Square, PA 19348


Michael Cohen, Esquire
Lachall Cohen & Sagnor
144 West Market St.
West Chester, PA 19382
```

MidCoast Community Bank
c/o Joy A. Barrist, Esquire
Benesch, Friedlander, Coplan & Aronoff L
222 Delaware Avenue - Suite 801
Wilm., DE 19801


National Construction Rentals
PO Box 4503
Pacoima, CA 91333-4503


Oxford Area School District
Tax Office
125 Bell Tower Lane
Oxford, PA 19363


Paradise Custom Kitchens
PO Box 278
Paradise, PA 17562


Patrick Pannell, Sr.
470 Media Road
Oxford, PA 19363


Penco Corp.
121 Sandy Dr.
Newark, DE 19713


Penna. Dept. of Revenue/Bankruptcy
Department 280946
Harrisburg, PA 17128-0946


Pennland Builders LLC
470 Media Road
Oxford, PA 19363


Pennsylvania Dept. of Revenue
Department of Labor & Industry
444 North Third Street-Suite 200
Phila., PA 19123

Peter Lumber Co.
805 W. Cypress St.
Kennett Sq., PA 19348


Petro's Custom Concrete
170 Pine Grove Rd.
Nottingham, PA 19362


Ron Mazzella
224 Martins Lane
Media, PA 19063


Rubinstein's
739 W. Cypress St.
Kennett Sq., PA 19348


Seaquay Architectural Millwork, Inc.
c/o Adam M. Share, Esq.
500 N. Gulph Road, Ste. 505
King of Prussia, PA 19406


Service Wholesale Inc.
4810 Horseshoe Pike
Downingtown, PA 19335


Sherwin Williams
747 W. Cypress St.
Kennett Sq., PA 19348


Shone Lumber
948 Middletown-Warwick Rd.
Middletown, DE 19709


Staples Credit Plan
PO Box 790449
St. Louis, MO 63179-0449

Sunoco/WEX
Greenberg Grant & Richards Inc.
5858 Westheimer Rd. - Ste. 500
Houston, TX 77057


Super Media
PO Box 619810
DFW Airport, TX 75261-9810


Tanner & McKinley, Inc.
PO Box 940
Bear, DE 19701-0940


Taylor Oil
219 Birch Street
Kennett Square, PA 19348


The Protection Bureau
197 Philips Rd.
Exton, PA 19341


Tile Market of Delaware
405 East Marsh Lane, Ste. 3
Wilm., DE 19804


Trago Mechanical, Inc.
5 West Wynwood Dr.
Willow Street, PA 17584


United Concordia
4401 Deer Path Rd.
Harrisburg, PA 17110


United Rentals
Branch 389
4333 Bainbridge Blvd.
Chesapeake, VA 23324-1407

```
US Bank
PO Box 790408
St. Louis, MO 63179-0408



Verizon Penna.
500 Technology Dr.
Weldon Spring, MO 63304



VP Electrical Contracting, Inc.
950 Penn Green Rd.
Avondale, PA 19311


Walter & Jackson
c/o Brian A. Sullivan, Esquire
Werb & Sullivan
P.O. Box 25046
Wilm., DE 19899


Wells Fargo Business Direct
PO Box 348750
Carol Stream, IL 60197-6426



Wm. P. McGovern, Inc.
1144 W. Baltimore Pike
Kennett Sq., PA 19348
```

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**

In re:  **Pennland Contractors, Inc.**

_____
Debtors

Case No. _____

Chapter **7**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **November 20, 2014**_____

Signed: **s/Patrick W. Pannell, Sr.**_____

Dated: _____

Signed: _____